SUPPRESSED

FILED

APR 2 3 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )   No.  **4:14CR00123 ERW/TIA**
v.                              )
                                )
RYAN THAYER STEPHENS,           )
                                )
            Defendant.          )

### INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(1));

    (b) "sexually explicit conduct" to mean actual or simulated--

        (i) sexual intercourse, including genital-genital, anal-genital, oral-genital, oral-anal, whether between persons of the same or opposite sex,

        (ii) bestiality,

        (iii) masturbation,

        (iv) sadistic or masochistic abuse, or

        (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A));

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct. (18 U.S.C.§2256(8)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. On or about March 10, 2005, the defendant was convicted of Possession of Child Pornography and Indecent Act with a Child in Okinawa, Japan under the Uniform Code of Military Justice.

4. Between on or about January 1, 2013, and on or about October 30, 2013, within the Eastern District of Missouri and elsewhere,

### RYAN THAYER STEPHENS,

the defendant herein, knowingly transported in interstate commerce, from the state of Missouri to the state of Arizona, a thumb drive, that contained child pornography, including but not limited to, one of the following:

1. "3.jpeg"- a graphic image file depicting a male having sexual intercourse with a minor female; and
2. " logo.jpeg"- a graphic image file depicting a minor female engaged in oral sex with a male;
3. In violation of Title 18, United States Code, Section 2252A(a)(1).

### COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2010, and on or about October 30, 2013, in the Eastern District of Missouri, and elsewhere,

### RYAN THAYER STEPHENS,

the Defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, a Western Digital 1TB hard drive, said Western Digital 1TB hard drive having been produced outside Missouri and therefore having traveled in interstate and foreign commerce, and

said Western Digital 1TB hard drive contained child pornography, including but not limited to, the following:

1. "102_1.jpg" -an image file depicting a minor female performing oral sex on a male;

2. "18-1.jpg" -an image file depicting a minor female in a lascivious display of her genitals and image files depicting a male having sexual intercourse with a minor female;

3. "th_00806_15000000_123_641lo.jpg" -an image file depicting a male having sexual intercourse with a minor female;

4. "th_02001_2_123_245lo.jpg" -an image file depicting a male having sexual intercourse with a minor female;

5. "- 5 yr pedo Blowjob.jpg" -an image file of a minor female performing oral sex on a male;

6. "299.avi" -a video file of a male masturbating in front of a minor child; and

7. "300.avi" -a video file of a male having sexual intercourse with a minor female.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT III

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2010, and on or about October 30, 2013, in the Eastern District of Missouri, and elsewhere,

**RYAN THAYER STEPHENS,**

the Defendant herein, did knowingly possess material that contained an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, a Western Digital 320GB hard drive, said Western Digital 320GB hard drive having been produced outside Missouri and therefore having traveled in interstate and foreign commerce, and said Western Digital 320GB hard drive contained child pornography, including but not limited to, the following:

1. "Lucky Bastard.3 daughters.jpg" -image files depicting minor females performing oral sex on a male and oral sex on each other;
2. "94.jpg" -an image file depicting a minor female performing oral sex on a male;
3. "01-6.jpg" -image files depicting a minor female in a lascivious display of her genitals and a minor female performing oral sex on a male;
4. "1-7.jpg" -an image file depicting a minor female performing oral sex on a male;
5. "2-9.jpg" -an image file depicting a minor female in a lascivious display of her genitals;
6. "Please daddy, cum in my throat, pleas.jpg" -an image file depicting a minor female performing oral sex on a male;
7. "Shoving my cock deep inside this baby's tiny pussy.jpg," -an image file depicting a male having sexual intercourse with a minor female;
8. "2.avi" –a video file depicting a male having sexual intercourse with a minor female;
9. "10.avi" –a video file depicting a minor female in a lascivious display of her genitals; and

10. "daddy raping a baby.avi" –a video file depicting a male having sexual intercourse with a minor female;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ERIN GRANGER, #53593MO
Assistant United States Attorney